Eric J. Ratinoff, Esq. SBN 166204
John R. Parker, Jr., Esq. SBN 257761
KERSHAW CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL GAZA, | CASE NO. 2:10-CV-01512-WBS-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR JUDGMENT, and [PROPOSED] ORDER** |
| KELLY WAUGH, STEVE MASNICA, TRAVIS SWANK, HOLT OF CALIFORNIA, and DOES 1 through 25, inclusive, | |
| Defendants. | |

WHEREAS, this case arises from an action filed by Plaintiff MICHAEL GAZA for Retaliation for Discrimination, and other claims, against Defendants. Defendants deny the allegations.

WHEREAS, the parties have mediated this action, and settled the case for $70,000, a copy of the Settlement Agreement and Release of All Claims is attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED THAT JUDGMENT BE ENTERED IN THIS ACTION AS FOLLOWS:

Defendants shall pay to plaintiff and his attorney of record Kershaw Cutter & Ratinoff, LLP, the sum of $70,000.

This case shall be dismissed with prejudice.

1 | Dated: 8/9/10 | KERSHAW, CUTTER & RATINOFF LLP

By ___/s/___
JOHN R. PARKER, JR.
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800

*Attorneys for Plaintiffs MICHAEL GAZA*

Dated: 8/16/10 | PALMER KAZANJIAN WOHL PERKINS LLP

By ___/s/___
HEATHER CANDY
520 Capitol Mall, Suite 600
Sacramento, California 95814
Telephone: (916) 448-9800

*Attorneys for Defendants*

1  **ORDER**

2  IT IS HERE BY ORDERED Defendants shall pay to plaintiff and his attorney of

3  record Kershaw Cutter & Ratinoff, LLP, the sum of $70,000.

4  This case shall be dismissed with prejudice.

5  **IT IS SO ORDERED.**

DATED: August 20, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE